# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT BLALOCK, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | 5:20-cv-2298-GW(E) |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:** |
| P. KUNTZ, et al., | ☐ **FULL FILING FEE** |
| DEFENDANT(S). | ☑ **INITIAL PARTIAL FILING FEE** |

On November 5, 2020, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ 16.58 within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

| December 16, 2020 | /s/ Charles F. Eick |
| --- | --- |
| Date | United States Magistrate Judge |