JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BLALOCK,<br><br>                    Plaintiff,<br><br>         v.<br><br>P. KUNTZ, ET AL.,<br><br>                    Defendant(s). | Case No. 5:20-cv-2298-GW (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: October 8, 2021

_____
HONORABLE GEORGE H. WU
United States District Judge